# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Tennessee

| | |
|---|---|
| **In the Matter of**: } | |
| } | |
| JOHNNY BRIAN ADAMS } | Case No. 3:19-bk-03341 |
| 232 COKER FORK RD } | Chapter 13 |
| PORTLAND, TN 37148 } | Judge HARRISON |
|    Debtor } | |
| SSN: xxx-xx-4608 } | |
| } | |

Description of Property Subject to Lien: **232 COKER FORK RD PORTLAND, TN 37148**

## ORDER GRANTING MOTION TO AVOID LIEN OF CAPITAL ONE BANK

  The lien of the creditor identified above with respect to the described property is declared void pursuant to 11 U.S.C. § 522(f). Either no timely opposition was filed pursuant to LBR 9013-1 or any objection raised was withdrawn or overruled by the court at the Scheduled Hearing.

IT IS ORDERED that the lien of the Affected Creditor relative to the property described above is VOID.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

**APPROVED FOR ENTRY:**

*/s/ Mark Podis*
**MARK PODIS #012216**
**Attorney for Debtor**
1161 Murfreesboro Road; Ste 300
Nashville, TN 37217
Phone: (615) 399-3800
Fax: (615) 399-9794
Email: podisbankruptcy@aol.com