JJW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
JOHNNY BRIAN ADAMS
174 SHILOH DR
LA VERGNE, TN  37086

Case No.19-03341-MH3-13
CHAPTER 13

SSN XXX-XX-4608

## TRUSTEE'S NOTICE OF FILING OF ADDITIONAL CLAIM

Comes now the Standing Chapter 13 Trustee and hereby serves notice that the following claim was filed against the estate of the debtor and that such claim was not included in previous notices disclosing claims:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LOANCARE LLC<br>3637 SENTARA WAY<br>VIRGINIA BEACH, VA  23452-0000 | $650.00 | MTG-FEES, COSTS & EXPENSES<br>Disb Level: 22.00<br>ACCT:0609<br>COMM: PLN RVW POC |
| Court's Claim# 9 | Trustee's Claim# 28 | DATE FILED: 12/18/2019 |

01/15/2020
DATE SENT

JJW
INITIALS

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc:
MARK PODIS AND ASSOCIATES
1161 MURFREESBORO RD SUITE 300
NASHVILLE, TN  37217

JOHNNY BRIAN ADAMS
174 SHILOH DR
LA VERGNE, TN  37086

CHAPTER 13 TRUSTEE